UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CITIZENS ALERT REGARDING THE ENVIRONMENT,** *et al.* | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| **MIKE LEAVITT,** *et al.* | ) ) ) |
| Defendants. | ) ) |

Civil Action No. 04-1667 (ESH)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Federal Defendants' motion to dismiss [#7] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is dismissed with prejudice.

**This is a final appealable order.**

                                                s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:   January 21, 2005